FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 11 A 9:50

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DR. ABULKALAM M. SHAMSUDDIN MD, PHD and ENZYMATIC THERAPY, INC.<br><br>Plaintiffs and Counter-Defendants<br><br>v.<br><br>NATURE'S WAY PRODUCTS, INC.<br><br>Defendant and Counter-Plaintiff | Civil Action No. JFM 02 CV 1062 |

## JOINT DISCOVERY PLAN

Plaintiffs, Dr. AbulKalam M. Shamsuddin ("Dr. Shamsuddin") and Enzymatic Therapy, Inc. ("Enzymatic") (collectively "Plaintiffs"), and Nature's Way Products, Inc. ("Nature's Way" or "Defendant"), by and through their undersigned counsel, submit the following Joint Discovery Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

On July 1, 2002, counsel for Plaintiffs and Defendant conferred concerning a discovery plan in the above-referenced matter and agreed on the following dates for proceeding with discovery:

| | |
|---|---|
| Joint request for early settlement/ADR conference | The parties do not request at this time an early settlement/ADR conference |
| Report re deposition hours | The parties agree to a total of 70 hours per side for depositions |
| Initial report on whether there is unanimous consent to proceed before a United States Magistrate Judge | The parties do not consent to proceed before a United States Magistrate Judge at this time |
| Exchange of initial disclosures | July 16, 2002 |

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | December 13, 2002 |
| Identification of experts | February 7, 2003 |
| Deadline for completion of fact discovery | January 31, 2003 |
| Plaintiffs' and Defendant's Rule 26(a)(2) disclosures regarding experts for issues as to which the party bears the burden of proof | February 21, 2003 |
| Plaintiffs' and Defendant's rebuttal Rule 26(a)(2) disclosures regarding experts | March 14, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | March 21, 2003 |
| Deadline for completion of expert discovery | April 25, 2003 |
| Submission of status report | April 25, 2003 |
| Deadline for responses to requests for admissions | April 25, 2003 |
| Dispositive pretrial motions deadline | May 16, 2003 |

Dated: July 10, 2002

Respectfully submitted,

Gary M. Hnath (Trial Bar No. 08964)
VENABLE, BAETJER, HOWARD & CIVILETTI, LLP
1201 New York Ave., N.W., Suite 1000
Washington, DC 20005-3917
(202) 962-4800

Counsel for Plaintiffs and Counter-Defendants

Dated: July 9th, 2002

*(signature)*

James D. Mathias, Esquire
Hugh J. Marbury, Esquire
PIPER RUDNICK, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000

Dated: July 8th, 2002

*(signature: Robyn L. Phillips)*

Larry R. Laycock
David R. Wright
Robyn L. Phillips
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

Counsel for Defendant and Counter-Plaintiff

T:\Lit\10265114\ShamsuddinJoint Discovery Plan_final.DOC

3